

THE CITY OF NEW YORK

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

RYAN G. SHAFFER
Assistant Corporation Counsel
E-mail: rshaffer@law.nyc.gov
Phone: (212) 788-1041
Fax: (212) 788-9776

July 20, 2010

**BY ECF**
Honorable Lois Bloom
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Sylvester Twine v. Detective Damian Vizcarrondo et al.,
      09-CV-5730 (JBW)(LB)

Your Honor:

As the Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, representing the defendants in the above referenced action I write in response to plaintiff's July 5, 2010 letter detailing the parties settlement negotiations, and to request that the Court remove this correspondence from the docket sheet.

By way of background, on June 29, 2010, defendants served plaintiff with their first set of interrogatories and document requests and made an offer of settlement. Thereafter on July 5, 2010, plaintiff responded to defendants' settlement offer and filed his response with the Court. (See Docket Entry No. 24). As plaintiff's letter response regarding settlement is not directed to the Court or attached as an exhibit to an application or motion filed with the Court, defendants respectfully submit that it should not be filed on the Court's docket sheet. Therefore, it is respectfully requested that the Court remove this correspondence from the docket sheet and inform plaintiff that he should refrain from filing correspondence between the parties with the Court.

Sincerely,

/s/

Ryan G. Shaffer
Assistant Corporation Counsel

Cc:   Mr. Sylvester Twine
      #15561-056
      *Plaintiff Pro Se*
      MDC Brooklyn
      P.O. Box 329002
      Brooklyn, New York 11232

Although plaintiff should not
Send Correspondence between the parties
to the Court, the Court denies the
instant application to strike plaintiff's
7/5/10 letter from the ndocket;

So Ordered:                    /S/

7/22/10          Lois Bloom
                 U.S. Magistrate Judge